# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 03 C 8806 | **DATE** | 12/9/2003 |
| **CASE TITLE** | Raju Madhaven vs. United States Postal Service, et al | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]
(2) ☐ Brief in support of motion due _____.
(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.
(4) ☐ Ruling/Hearing on _____ set for _____ at _____.
(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(7) ☐ Trial[set for/re-set for] on _____ at _____.
(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.
(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
    ☐ FRCP4(m)   ☐ Local Rule 41.1   ☐ FRCP41(a)(1)   ☐ FRCP41(a)(2).
(10) ■ [Other docket entry] Enter Memorandum Order. Madhaven is ordered to transmit two copies of the right-to-sue letter and copies of any rulings and orders that were issued in the course of the administrative proceedings resulting from Madhaven's charge of discrimination on or before December 23, 2003.

(11) ■ [For further detail see order attached to the original minute order.]

| | No notices required, advised in open court. | | Document Number |
|---|---|---|---|
| | No notices required. | | |
| ✓ | Notices mailed by judge's staff. | | |
| | Notified counsel by telephone. | date docketed | |
| | Docketing to mail notices. | | |
| | Mail AO 450 form. | docketing deputy initials | |
| | Copy to judge/magistrate judge. | 12/9/2003 date mailed notice | |
| SN | courtroom deputy's initials | Date/time received in central Clerk's Office | SN mailing deputy initials |

```
                IN THE UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF ILLINOIS
                          EASTERN DIVISION
```

RAJU MADHAVEN,                       )
                                     )
               Plaintiff,            )
                                     )
     v.                              )    No. 03 C 8806
                                     )
UNITED STATES POSTAL SERVICE,        )
JOHN E. POTTER, Postmaster General,  )
et al.,                              )
                                     )
               Defendants.           )

## MEMORANDUM ORDER

Raju Madhaven ("Madhaven") has just filed a pro se Complaint of Employment Discrimination arising out of his prior employment by the United States Postal Service. This memorandum order is issued sua sponte to request some further documentation from Madhaven.

Apart from issues relating to the identity of the proper party defendant in this action, which this Court expects to address after an appearance has been filed by defense counsel, some further submissions by Madhaven beyond the exhibits that he has attached to his Complaint will be useful in addressing the matter. At a minimum, such added relevant documents would appear to be (1) a copy of the right-to-sue letter referred to in Complaint ¶8 and (2) copies of any rulings and orders that were issued in the course of the administrative proceedings resulting from Madhaven's charge of discrimination.

Madhaven is ordered to transmit two copies of each of those

documents to this Court's chambers on or before December 23, 2003. This Court will cause one of those sets to be made part of the court file, while retaining the other set for its chambers copies.

/s/ Milton I. Shadur
Milton I. Shadur
Senior United States District Judge

Date: December 9, 2003